**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DEBORAH GRAYDEN, et al.,**

      **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:00-cv-888-Orl-22DAB**

**THE CITY OF ORLANDO, FLORIDA,**

      **Defendant.**

## ORDER

This cause comes before the Court for consideration of Magistrate Judge David A. Baker's March 22, 2005 Report and Recommendation ("R&R") (Doc. 293), Plaintiffs' Objections (Doc. 296) thereto, and Defendant City of Orlando's Memorandum of Law (Doc. 300) in opposition to Plaintiffs' Objections.

Plaintiffs' counsel seek $289,266.50 in attorneys' fees and $11,762.47 in litigation expenses. In his R&R, Judge Baker recommends that only $132,061.80 in fees be awarded, plus the full amount of the claimed expenses, for a total recommended award of $143,824.27. Plaintiffs raise a number of objections to Judge Baker's recommendation concerning attorneys' fees.

The Court concurs with Judge Baker's thoughtful and well-reasoned opinion. While the Plaintiffs do qualify as prevailing parties, they did not achieve truly excellent results. In Judge Baker's words: "[O]f the six total claims set forth in four counts against one or more of the three Defendants, Plaintiffs partially prevailed (in that Plaintiffs did not recover the entire relief sought) on only one claim against only one Defendant." Doc. 293 at 11. Based on this limited

success, Plaintiffs' attorneys are not entitled to a fully compensable fee. Hence, the 40% time reduction Judge Baker recommends is appropriate. The Court also agrees with Judge Baker's reduction of the hourly rates claimed by Plaintiffs' attorneys. In sum, Plaintiffs' objections to the R&R are without merit.

Based on the foregoing, it is ORDERED as follows:

1. The March 22, 2005 Report and Recommendation (Doc. 293) is APPROVED AND ADOPTED.

2. Plaintiffs' Objections (Doc. 296) to the R&R are OVERRULED.

3. Plaintiffs' Motion for Attorneys' Fees and Litigation Expenses (Doc. 276), filed October 29, 2004, is GRANTED IN PART AND DENIED IN PART. The Motion is GRANTED insofar as it seeks an award of attorneys' fees and litigation expenses. The Motion is DENIED as to the amount of attorneys' fees sought.

4. The City of Orlando shall pay to Plaintiffs' counsel attorneys' fees in the amount of $132,061.80, plus $11,762.47 in litigation expenses, for a total sum of $143,824.27.

5. Plaintiff Lawrence's Motion for Attorney's Fees and Expenses (Doc. 277), filed October 29, 2004, is DENIED AS MOOT.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 22, 2005.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party
Magistrate Judge David A. Baker